# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1025
LT Case No. 2019-CA-001708-A

_____

DWIGHT LARRY ADAMS, JR. and
MASHA B. ADAMS,

Appellants,

v.

EPIC SHORES AT COLEE COVE
PROPERTY OWNERS ASSOCIATION,
INC., JOHN DAY, DONALD
GULLION, and SHANNON L.
MCKINNON,

Appellees.

_____

On appeal from the Circuit Court for St. Johns County.
Howard M. Maltz, Judge.

William S. Graessle, of William S. Graessle, P.A., Jacksonville,
for Appellants.

Nicholas Martino, of McCabe & Ronsman, Ponte Vedra Beach, for
Appellee, Epic Shores at Colee Cove Property Owners
Association, Inc.

William F. Cobb, Christopher M. Cobb and Summer L. Reed, of
Cobb & Gonzalez, P.A., Jacksonville, for Appellee, John Day.

No Appearance for Remaining Appellees, Donald Gullion and
Shannon L. McKinnon.

February 6, 2024

Per Curiam.

Affirmed.

Makar, Wallis, and Pratt, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____